**Tanya Lynn CETINA, Plaintiff–Appellant,**

v.

**MICHELIN NORTH AMERICA; Newbold Services; Clint Morgan; Dave Murphy; Dave Brown; Dave Mauger, Defendants–Appellees,**

**and**

**Sandra Chavez, Defendant.**

**No. 13–1864.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 24, 2013.

Decided: Sept. 26, 2013.

Tanya Lynn Cetina, Appellant Pro Se. Collie William Lehn, Jr., Fred W. Suggs, Jr., Ogletree, Deakins, Nash, Smoak & Stewart, PC, Greenville, South Carolina; Sima Bhakta Patel, Thomas Louis Stephenson, Nexsen Pruet, Greenville, South Carolina, for Appellees.

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tanya Lynn Cetina seeks to appeal the district court's orders adopting the magistrate judge's recommendation to dismiss her claims against Defendants Dave Mauger and Michelin North America, Incorporated. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). Because Cetina's claims against several other Defendants remain, the orders Cetina seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*